UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES H. TAYLOR, SR., | ) | CASE NO. C07-1795-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION FOR AN ORDER OF |
| MICHAEL J. ASTRUE, | ) | REDACTION |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant moved the Court for an order of redaction of personally identifiable information of an individual other than plaintiff from the administrative record. (Dkt. 14.) Defendant noted that a witness's taxpayer identification number had not been redacted from the administrative record. Plaintiff did not respond to defendant's motion.

In accordance with the General Order of the Court regarding Public Access to Electronic Case Files, pursuant to the official policy on privacy adopted by the Judicial Conference of the United States, the Court does require omission or redaction of private information in pleadings filed with the Court. However, in contrast to pleadings filed with the Court, administrative records in Social Security cases are not publically accessible. Accordingly, defendant's request for redaction is not necessary and his motion is hereby DENIED. The Court and the parties will,

ORDER DENYING DEFENDANT'S
MOTION FOR AN ORDER OF REDACTION
PAGE -1

of course, continue to refrain from including the private information accounted for in the Court's General Order in any future pleadings.

DATED this 25th day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING DEFENDANT'S
MOTION FOR AN ORDER OF REDACTION
PAGE -2