UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMES H. TAYLOR,

                    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                    Defendant.

No. C07-1795-MAT

~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fee, payable to Plaintiff's attorney, Anne Kysar, of $7,000.00 and expenses for messenger service and postage in the amount of $68.89, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $353.19, pursuant to 28 U.S.C. § 1920

DONE this <u>11th</u> day of July, 2008.

                        <u>s/ Mary Alice Theiler</u>
                        United States Magistrate Judge

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

<u>s/Anne Kysar</u>
ANNE KYSAR, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: kysar@SGB-law.com